CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 23 2007

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| THE ESTATE OF HEZEKIAH HARVEY, by and through his legal representative, ALICE ANN DENT, ADMINISTRATOR, <br>     Plaintiff, <br><br> v. <br><br> ROANOKE CITY SHERIFF'S OFFICE, et al., <br>     Defendants. | Civil Action No. 7:06CV00603 <br><br> **ORDER** <br><br> By: Hon. Glen E. Conrad <br> United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The motion to dismiss filed by the City of Roanoke shall be and hereby is **GRANTED**, and all of the claims against the City shall be and hereby are **DISMISSED**; and

2. The motion to dismiss filed by the Sheriff's Office defendants shall be and hereby is **GRANTED IN PART AND DENIED IN PART.** Specifically, the motion is **GRANTED** with respect to the plaintiff's claims for declaratory and injunctive relief; the plaintiff's federal claims against the Sheriff's Office; the plaintiff's federal claims against the Sheriff and the defendant deputies in their official capacities; the plaintiff's claims under 42 U.S.C. §§ 1985 and 1986 against the Sheriff and the defendant deputies in their individual capacities; the plaintiff equal protection claim against the Sheriff and the defendant deputies in their individual capacities; the plaintiff's negligent hiring claim against the Sheriff in her

individual capacity; and the plaintiff's state law claim for outrageous conduct.

The motion to dismiss will be **DENIED** with respect to the remaining claims.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 23rd day of February, 2007.

/s/ Jack Conrad
United States District Judge